UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA      )
                                          )
v.                                )      NO. 3:13-00008
                                          )      JUDGE CAMPBELL
BIRDIE ANDERSON              )

<u>ORDER</u>

        The sentencing hearing in this case scheduled for December 27, 2013, is RESCHEDULED

for January 9, 2014, at 1:00 p.m.

        It is so ORDERED.


                                      _____
                                      TODD J. CAMPBELL
                                      UNITED STATES DISTRICT JUDGE