UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00008 |
| | ) | JUDGE CAMPBELL |
| BIRDIE ANDERSON | ) | |

ORDER

Pending before the Court is a Motion to Continue Sentencing Hearing (Docket No. 34). Also before the Court is a Notice of Substitution of Counsel (Docket No. 33). New counsel for Defendant asks that the sentencing hearing currently scheduled for January 9, 2014, be continued for 90 days to afford him time to adequately prepare for the hearing. The Government states it has no objection to a 30 day continuance.

For the reasons stated in the Motion (Docket No. 34), and the congestion of the Court's calendar, the sentencing hearing is CONTINUED to April 18, 2014, at 9:00 a.m.

All motions for a departure or pursuant to United States v. Booker, 125 S.Ct. 738 (2005) must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE